UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 10-95(RHK/FLN)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | ORDER FOR CONTINUANCE |
| ) | OF TRIAL DATE |
| v. ) | |
| ) | |
| TROY DAVID CHAIKA, ) | |
| ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the motion of the United States for continuance of trial date. [Docket No. 27]. By way of this motion, the prosecution has asked the Court to continue the date on which trial will commence. The government's motion is based upon a stipulation between the parties, due to the volume of the discovery in this case and the schedules of both counsel. Based on the record before the Court and the facts contained within the motion, the Court finds that a continuance of trial is warranted and therefore grants the motion.

**ORDER**

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1.  The prosecution's motion to continue [Docket No. 27] is **GRANTED.**

2.  The Trial in this matter shall commence, before the Honorable Richard H. Kyle, on January 6, 2011, at 9:00 a.m., Courtroom

    No. 7A, United States Courthouse, 316 North Robert Street, St. Paul, Minnesota.

3. Proposed voir dire questions and jury instructions are due on or before December 30, 2010, pursuant to the Electronic Case Filing Procedures for the District of Minnesota/Criminal.

4. The time from the date trial was scheduled to begin, November 1, 2010, to the date the trial is now scheduled to begin, set forth above, shall be excluded in computing the time within which the trial in this matter must commence under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A). The ends of justice will be served by continuing the trial date. This finding is based upon the Court's conclusion that the failure to grant such a continuance would unreasonably deny the parties a right to a fair and just hearing.

5. There will be **NO** further continuances of this trial date.

Dated: September 23, 2010

                                      S/Richard H. Kyle
                                      RICHARD H. KYLE
                                      United States District Judge