# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

                Plaintiff,

                                  Crim. No. 10-95 (RHK/FLN)
                                  **ORDER**

v.

Troy David Chaika,

                Defendant.

This matter is before the Court on the Government's Motion to Amend Counts 9 and 10 of the Indictment (Doc. No. 29). The Court having considered the Motion and noting that Defendant does not object thereto, **IT IS ORDERED** that the Motion is **GRANTED**. The Indictment in this action shall be amended to change the date of the mailing in Count 9 to "on or about January 13, 2006," and the date of the mailing in Count 10 of the Indictment to "on or about January 2, 2006."

In addition, due to a scheduling conflict, the hearing on the parties' Motions in limine is **CONTINUED** from Thursday, January 27, 2011, to Friday, January 28, 2011, at 8:00 a.m. in Courtroom 7A, United States Courthouse, 316 North Robert Street, Saint Paul, Minnesota.

Dated: January 14, 2011                              s/Richard H. Kyle
                                                            RICHARD H. KYLE
                                                             United States District Judge