## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 10-95 (1) (RHK/FLN) |
| Plaintiff, | **ORDER** |
| v. | |
| Troy David Chaika, | |
| Defendant. | |

Trial in this matter will begin with jury selection at 9:00 a.m. on Tuesday, May 17, 2011, in Courtroom 7A, Warren E. Burger Federal Building and United States Courthouse, 316 N. Robert Street, St. Paul, Minnesota.   Counsel shall exchange, file, and submit to the Court by 12:00 noon, Friday, May 6, 2011: (a) identification of witnesses the parties intend to call at trial; (b) a list of exhibits each party intends to offer at trial; and (c) a trial memorandum.

There will be a final pretrial/status conference at 9:00 a.m. on Tuesday, May 10, 2011, in Courtroom 7A, Warren E. Burger Federal Building and United States Courthouse, 316 N. Robert Street, St. Paul, Minnesota.

Dated: April 11, 2011

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge